IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

MEKEYA MAIRE HANNAH,

          Plaintiff,

    v.

CAMDEN COUNTY JAIL,

          Defendant.

Civil Action
No. 16-7167 (JBS-AMD)

**MEMORANDUM OPINION**

**SIMANDLE, Chief District Judge**

Plaintiff Mekeya Maire Hannah seeks to bring this civil action in forma pauperis ("IFP"), without prepayment of fees or security. IFP Application, Docket Entry 1-1.

Plaintiff did not submit a complete application as several pages are blank. Plaintiff must complete the application before the Court can consider it. The Court will therefore deny the application to proceed *in forma pauperis* without prejudice. Plaintiff must either submit a completed IFP application or the $350 filing fee and $50 administrative fee before the complaint will be filed.

An appropriate order follows.


**December 9, 2016**          **s/ Jerome B. Simandle**
Date                    JEROME B. SIMANDLE
                          Chief U.S. District Judge